Before the Second Division, April 24, 1943

No. 48227.—Protest 998406–G of L. I. Lubin, Inc. (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel and following Abstracts 47291 and 46497 the protest was sustained as to those two items.

No. 48228.—Protests 877570–G, etc., of Millinery Clearing House, Inc. (New York).

Opinion by Tilson, J. Following Abstract 47291 the hats or hoods in question were held dutiable at 25 percent ad valorem under paragraph 1504 (b) (1) as in chief value of ramie, not blocked or trimmed, and not bleached, dyed, colored, or stained, in accordance with stipulation of counsel.

No. 48229.—Protest 995461–G of Horace E. Gould & Sons, Inc. (New York).

Opinion by Tilson, J. It was stipulated that the hemp hats in question are similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218). The claim at 25 percent under paragraph 1504 (b) (1) was therefore sustained.

No. 48230.—Protests 991294–G, etc., of E. C. Carter & Son (New York).

Opinion by Tilson, J. At the trial it was established that certain of the items are identical with those involved in Abstract 47349. In accordance therewith they were held dutiable at 45 percent under paragraph 1529 (a) as modified by the United Kingdom Trade Agreement (T. D. 49753). The protests were therefore sustained as to this item.

No. 48231.—Protest 96700–K of Bergdorf & Goodman Co. (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel and on the authority of Abstract 45938 the silk mufflers in question were held dutiable as claimed. Protest sustained as to this item.